IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MARCELINO LOPEZ FLORES )
also known as )
GRACIANO LOPEZ, )
 )
       Plaintiff, )
 )
  v. ) 1:23-cv-453
 )
ISABEL ALFONSO RODRIGUEZ, )
GRACIANO LOPEZ FLORES, )
MIRELLA LOPEZ ALFONSO, and )
ISABEL LOPEZ ALFONSO, )
 )
       Defendants. )

## ORDER

On October 30, 2023 the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 3, 4.) No objections were filed within the time prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 3), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, on the proper § 1983 forms, which

corrects the defects cited in the Magistrate Judge's Order and Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 12th day of December, 2023.

/s/ William L. Osteen, Jr.
United States District Judge